KATHLEEN M. HARTMAN, Esq. (SBN 219934)
**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
2601 Main Street, Suite 800
Irvine, California 92614
Tel : (949) 261-2872
Fax : (949) 261-6060
Email : khartman@ctsclaw.com

Attorneys for Defendants,
**LINENBACH AUTO PARTS, INC., dba NAPA AUTO PARTS; BERYL E. LINENBACH, as Trustee of the JOHN & BERYL LINENBACH FAMILY TRUST A UTA 3/19/91, and as Trustee of the JOHN & BERYL LINENBACH FAMILY TRUST C UTA 3/19/91**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>   Plaintiff,<br><br>vs.<br><br>LINENBACH AUTO PARTS, INC., dba NAPA AUTO PARTS; BERYL E. LINENBACH, as Trustee of the JOHN & BERYL LINENBACH FAMILY TRUST A UTA 3/19/91, and as Trustee of the JOHN & BERYL LINENBACH FAMILY TRUST C UTA 3/19/91;<br><br>   Defendants. | Case No.: 1:15-CV-00161-KJM-GSA<br><br>Complaint Date: 1/29/2015<br><br>**ORDER RE: SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

The Court, having reviewed the parties' Second Stipulation to Extend Time to Respond to Initial Complaint, and for good cause shown, hereby orders that the deadline for Defendants Linebach Auto Parts, Inc., dba Napa Auto Parts, and Beryl E. Linenbach, as Trustee of the John & Beryl Linenbach Family Trust A UTA 3/19/91, and as Trustee of the John & Beryl Linenbach Family Trust C UTA 3/19/91 to respond to the Initial Complaint be continued to May 14, 2015.

IT IS SO ORDERED.

Dated: __**March 26, 2015**__         _____/s/ Gary S. Austin_____
                                              UNITED STATES MAGISTRATE JUDGE